FRANK G. MANLEY, APPELLANT, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, RESPONDENT.

Argued November 23, 1915—Decided November 23, 1915.

On appeal from the Supreme Court.

For the appellant, *Charles E. Miller.*

For the respondent, *Azariah M. Beekman.*

PER CURIAM.

The decision of this case is controlled by that in *Waibel* v. *West Jersey and Seashore Railroad Co.*, 87 *N. J. L.* 573.

The judgment below will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 15.

*For reversal*—None.